UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, <br><br> Plaintiff, <br> vs. <br><br> BITTERSWEET 23, L.L.C., an Indiana Limited Liability Company, <br><br> Defendant. | CASE NO.: 1:19-cv-02285-JMS-DLP |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendant's Stipulation of Dismissal with Prejudice [19] pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice.

**SO ORDERED.**

Date: 11/20/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF.